# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135745(35)

LAWRENCE EUGENE DELL,
      Plaintiff-Appellant,

v

ST. CLAIR CIRCUIT COURT,
      Defendant-Appellee.

SC: 135745
COA: 281475

_____/

On order of the Court, the motion for reconsideration of this Court's May 27, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008



Clerk

d0721